JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Luis Marquez,<br><br>   Plaintiff,<br><br> v.<br><br>M&J Develop Group Inc., et al,<br><br>   Defendant(s). | SACV 19-00606JVS(ADSx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

  The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 10/2/19            _____
                      James V. Selna
                   United States District Judge